UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC.<br>    Plaintiff,<br><br>         v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, *et al.,*<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>) |

## DECLARATION OF LAWRENCE J. JOSEPH

I, Lawrence J. Joseph, hereby declare and state as follows:

1.   I am over 18 years of age, and I am not a party to this action. I reside in McLean, Virginia.

2.   I am the attorney representing plaintiff Association of American Physicians & Surgeons, Inc. ("AAPS") in the above-captioned action to be filed in the United States District Court for the District of Columbia. In that capacity, as set forth below, I have obtained or attempted to obtain documents from various public and/or published sources.

3.   On several occasions in late January and throughout February 2006, I searched the *Federal Register* online for notices concerning the American Health Information Community ("AHIC") subcommittees and the "Contractual Panels" identified in the complaint in the above-captioned action. Other than four subcommittee meeting notices from January 30, 2006, 71 Fed. Reg. 4917-18 (2006), I did not locate any notices. In particular, I did not locate any notices of the filing of a charter for the foregoing panels. On February 18, 2006, I searched the Federal Advisory Committee Act ("FACA") holdings of the Library of Congress for documents related to the foregoing panels, but did not locate any documents.

4.   On February 21, 2006, I downloaded the text of the President's prepared speech delivered on April 27, 2004, on health information technology from the White House website

1

(http://www.whitehouse.gov/news/releases/2004/04/print/20040427-5.html), saved it to portable document format, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append the speech to the pleadings.

5. On several occasions in January 2006, I searched the *Federal Register* online for guidance on advisory committees issued pursuant to FACA §8(a) by the Department of Health & Human Services ("HHS") and its predecessor. HHS maintains an internet site of policies (http://www.hhs.gov/policies/index.shtml), which does not include FACA policies. On information and belief, formed after reasonable inquiry, which likely could be proved by discovery, HHS maintains a 2003 revised edition entitled *Federal Advisory Committee Management Handbook* on its intranet (*i.e.,* in a publicly inaccessible location).

6. On January 18, 2006, on behalf of AAPS, I had a telephone conversation with HHS's Ms. Debbie Grant. In that call, I asked whether HHS or its predecessor had prepared any guidance pursuant to FACA §8(a), and she advised me of the foregoing *Handbook,* which I requested her to provide to me. By return telephone call on January 20, 2006, Ms. Grant indicated that her supervisor had told her that she could not provide a copy of the *Handbook* without a Freedom of Information Act request. Neither I nor (to the best of my knowledge) AAPS has any knowledge of what the *Handbook* contains. Indeed, prior to January 18, 2006, neither I nor (to the best of my knowledge) AAPS had any knowledge that the *Handbook* existed. On information and belief, formed after reasonable inquiry, which likely could be proved by discovery, Ms. Grant is the HHS staff contact person for FACA issues.

7. On February 22, 2006, I downloaded the AHIC charter and accompanying determinations from HHS's website (http://www.hhs.gov/healthit/ahiccharter.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not

append it to the pleadings.

8.  Where the complaint in the above-captioned action makes allegations concerning actions taken and statements made during AHIC meetings, those allegations are based on the minutes, transcripts, and online video broadcasts linked from HHS's AHIC website (http://www.hhs.gov/healthit/ahic.html), which I have downloaded and/or viewed in pertinent part. These materials include the following for the AHIC meeting on October 7, 2005:

http://www.hhs.gov/healthit/documents/October29thTranscript.pdf;

http://www.hhs.gov/healthit/documents/AHICminutes.pdf;

http://www.hhs.gov/healthit/documents/October72005.ram;

and the following for the AHIC meeting on November 29, 2005:

http://www.hhs.gov/healthit/documents/November29thTranscript.pdf;

http://www.hhs.gov/healthit/documents/AHIC112905MeetingReport.pdf;

http://www.hhs.gov/healthit/documents/hhs112905a.ram;

and the following for the AHIC meeting on January 17, 2006:

http://www.hhs.gov/healthit/documents/TranscriptJan1706.pdf;

http://www.hhs.gov/healthit/documents/MeetingMinutes060117.pdf;

http://www.hhs.gov/healthit/documents/January172006.ram.

We can produce the relevant evidence if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append it to the pleadings.

9.  On February 22, 2006, I downloaded the agenda circulated at the inaugural January 30, 2006, meeting of AHIC's Consumer Empowerment subcommittee from HHS's website (http://www.hhs.gov/healthit/documents/CE.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append it to the

pleadings.

10. On February 22, 2006, I downloaded the agenda circulated at the inaugural January 31, 2006, meeting of AHIC's Electronic Health Records subcommittee from HHS's website (http://www.hhs.gov/healthit/documents/EHR.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append it to the pleadings.

11. On February 22, 2006, I downloaded the agenda circulated at the inaugural February 1, 2006, meeting of AHIC's Chronic Care subcommittee from HHS's website (http://www.hhs.gov/healthit/documents/Chronic.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append it to the pleadings.

12. On February 22, 2006, I downloaded the agenda circulated at the inaugural February 2, 2006, meeting of AHIC's Biosurveillance subcommittee from HHS's website (http://www.hhs.gov/healthit/documents/Bio.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append it to the pleadings.

13. On February 21, 2006, I downloaded the charter dated January 13, 2004, and expiring January 16, 2006, for the National Committee on Vital and Health Statistics ("NCVHS") from HHS's website (http://www.ncvhs.hhs.gov/charter06.pdf), saved it, and can produce it if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append the charter to the pleadings. At the same time, I downloaded the charges of each of the NCVHS subcommittees from the same website (http://www.ncvhs.hhs.gov/popschrg.htm, http://www.ncvhs.hhs.gov/nhichrg.htm, http://www.ncvhs.hhs.gov/privchrg.htm, http://www.ncvhs.hhs.gov/stdschrg.htm, http://www.ncvhs.hhs.gov/2kchg.htm, http://www.ncvhs.hhs.gov/cprchg.htm), saved them to portable document format, and can

produce them if requested to do so. Pursuant to Local Rule LCvR 5.1(g), however, we do not append the subcommittee charges to the pleadings.

14.     On February 22, 2006, I downloaded the "project team" page from the website of Health Information Technology Adoption Initiative (http://hitadoption.org/index.php?p=team), saved it to portable document format, and can produce it if requested to do so. This page indicates that the "project team" includes Richard Singerman, Ph.D., and Karen Bell, M.D., of HHS in addition to various private institutional and individual members from academia. Pursuant to Local Rule LCvR 5.1(g), however, we do not append this evidence to the pleadings.

15.     The meeting minutes to the January 17, 2006, AHIC meeting cite Dr. Scott Young, the director of the health information technology "portfolio" at HHS's Agency for Healthcare Research and Quality, for the proposition that "[National Health Information Security and Privacy Collaboration ("HISPC")]… will include membership from state governments, the federal government, and leaders from key non-governmental organizations. The purpose of HISPC will be to maximize knowledge exchange and identify common solutions. HISPC will seek consensus-based solutions and implementation plans through a public, community-based model."

16.     On February 22, 2006, I visited the website of RTI International, Inc. (http://www.rti.org), which indicates that it maintains an office at One Metro Center, 701 13th Street, N.W., Suite 750, Washington, DC 20005-3962.

17.     On February 22, 2006, I visited the website of the George Washington University (http://www.gwu.edu), which indicates that it maintains an office at 2121 Eye Street, N.W. Washington, D.C. 20052.

18.     On February 22, 2006, I visited the website of the National Governors

Association (http://www.nga.org), which indicates that it maintains an office at Hall of the States, 444 N. Capitol St., Washington, D.C. 20001-1512.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of February, 2006.

_____
Lawrence J. Joseph