UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC.<br>   1601 N. Tucson Blvd., Suite 9<br>   Tucson, AZ 85716,<br>      Plaintiff,<br>v.<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br>   200 Independence Avenue, SW<br>   Washington, DC 20201,<br>   and<br>MICHAEL O. LEAVITT,<br>   SECRETARY OF HEALTH & HUMAN SERVICES,<br>   200 Independence Avenue, SW<br>   Washington, DC 20201,<br>   in his official and individual capacities,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LOCAL RULE LCVR 7.1**

I, the undersigned counsel of record for plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS"), certify that, to the best of my knowledge and belief, AAPS is a nonprofit corporation with no parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 23, 2006

Respectfully submitted,

_____
Lawrence J. Joseph, D.C. Bar No. 464777
2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254
*Counsel of Record for Plaintiff AAPS*