AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**Association of American Physicians
and Surgeons, Inc.,**

    *Plaintiff,*

      V.

**Department of Health & Human Services,**

    and

**Michael O. Leavitt,** Secretary of Health & Human
Services, in his official and individual capacities,

    *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00319

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/23/2006

      TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esq.
United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, 20530

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

_____
CLERK

FEB 2 3 2006
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Mailed Feb. 27, 2006; Received Mar. 6, 2006 |

| NAME OF SERVER *(PRINT)*    Lawrence J. Joseph | TITLE   Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

☑ Other (specify):  Certified Mail (see below).

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL     $0.00 | SERVICES     $8.30 | TOTAL    $8.30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     March 25, 2006 
_____        _____
Date                                          *Signature of Server*

2121 K Street, NW, Suite 800
Washington, DC 20037

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Kenneth L. Wainstein, Esq.
**SERVED:** Civil Process Clerk (pursuant to Fed. R. Civ. P. 4(i)(1)(A))
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Washington, 20530

4a. Article Number
7005 1820 0002 1667 9370

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X

PS Form **3811**, December 1994          Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

| | Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

PS Form 3800, June 2002

See Reverse for Instructions

7005 1820 0002 1667 9370