AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Association of American Physicians
and Surgeons, Inc.,

   *Plaintiff,*

   V.

Department of Health & Human Services,

   and

**Michael O. Leavitt,** Secretary of Health & Human Services, in his official and individual capacities,

   *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00319

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/23/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esq.
United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        FEB 23 2006
CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Mailed Feb. 27, 2006; Received Mar. 6, 2006 |
| NAME OF SERVER (PRINT)   Lawrence J. Joseph | TITLE   Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail (see below).

### STATEMENT OF SERVICE FEES

| TRAVEL  $0.00 | SERVICES  $8.30 | TOTAL  $8.30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 25, 2006
                   Date

*Signature of Server*

2121 K Street, NW, Suite 800
Washington, DC 20037

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Kenneth L. Wainstein, Esq.
SERVED: Civil Process Clerk (pursuant to FED. R. CIV. P. 4(i)(1)(A))
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Washington, 20530

4a. Article Number
7005 1820 0002 1667 9370

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994        Domestic Return Receipt

7005 1820 0002 1667 9370