AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Association of American Physicians
and Surgeons, Inc.,

    *Plaintiff,*

    V.

Department of Health & Human Services,

    and

Michael O. Leavitt, Secretary of Health & Human
Services, in his official and individual capacities,

    *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00319

JUDGE: Ellen Segal Huvelle

C DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/23/2006

TO: (Name and address of Defendant)

The Hon. Michael O. Leavitt (individual capacity)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      FEB 23 2006
CLERK      DATE

*Maureen Higgins*
(By) DEPUTY CLERK



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Mailed Feb. 27, 2006; Received Mar. 6, 2006 |
| NAME OF SERVER (PRINT)  Lawrence J. Joseph | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail (see below) to someone authorized to accept service (see attached letter). Per attached letter, Secretary Leavitt's address is masked off of the Summons. Plaintiff will file complete Summons if requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $8.30 | TOTAL $8.30 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 25, 2006         _____
                  Date                    Signature of Server

                                    2121 K Street, NW, Suite 800
                                    Washington, DC 20037

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:    7005 1820 0002 1667 9332

The Hon. Michael O. Leavitt (individual capacity)
SERVED: Paula Stannard, Esq., Acting
General Counsel (pursuant to 45 C.F.R. §4.3)
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.,
Washington, DC 20201

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
3-6-06

5. Received By: (Print Name)
8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X _Lawrence_

PS Form **3811**, December 1994          Domestic Return Receipt

7005 1820 0002 1667 9332

# LAWRENCE J. JOSEPH, ESQ.

2121 K Street, NW, Suite 800 - Washington, DC 20037
Tel: 202-669-5135 - Fax: 202-318-2254
www.larryjoseph.com

February 27, 2006

*Via Certified Priority Mail*
*Return Receipt Requested*

Paula Stannard, Esq.
Acting General Counsel
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.,
Washington, DC 20201

> Re:   *AAPS v. HHS,* No. 06-0319-ESH (D.D.C. filed Feb. 23, 2006)
>       **Service on Secretary Leavitt in his Individual Capacity**

Dear Ms. Stannard:

Enclosed pursuant to 45 C.F.R. §4.3 is a complaint and summons for service on the Hon. Michael O. Leavitt in his individual capacity. Under separate cover and pursuant to 45 C.F.R. §4.1, we have served you with the complaint and summons on the Department of Health and Human Services and on Secretary Leavitt in his official capacity.

As indicated in Paragraph 6 of the enclosed complaint, my client does not seek monetary or punitive damages against Secretary Leavitt, but instead names him individually for actions taken, threatened, or unlawfully withheld under color of legal authority. *See* 28 U.S.C. §1391(e); *Stafford v. Briggs,* 444 U.S. 527, 539 (1980) ("By including the officer or employee, both in his official capacity and acting under color of legal authority, the committee intends… to include also those cases where the action is nominally brought against the officer in his individual capacity even though he was acting within the apparent scope of his authority and not as a private citizen. *Such actions are also in essence against the United States but are brought against the officer or employee as an individual only to circumvent what remains of the doctrine of sovereign immunity.*") (*quoting* H.R. Rep. No. 1936, 86th Cong., 2d Sess., 3-4 (1960)) (Court's emphasis). We hope that you will accept this service, as 45 C.F.R. §4.3 authorizes you to do. For our part, we commit to omit Secretary Leavitt's address when we file the proof of service.

Please do not hesitate to call me at the number above if you have any questions regarding this matter or if you decline to accept service on behalf of Secretary Leavitt in his individual capacity under color of legal authority.

Yours, sincerely,

Lawrence J. Joseph

Enclosure