UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN<br>  PHYSICIANS AND SURGEONS, INC.<br><br>  Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>  HUMAN SERVICES, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:06cv00319(ESH)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Y. Bressler, an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing in this action on behalf of defendants, the United States Department of Health and Human Services and its Secretary, Hon. Michael O. Leavitt.

Dated: May 3, 2006

                                            Respectfully Submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General
                                            KENNETH L. WAINSTEIN
                                            United States Attorney

                                              /s/ Steven Y. Bressler
                                            ELIZABETH J. SHAPIRO
                                            STEVEN Y. BRESSLER D.C. Bar # 482492
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue N.W.  Room 7138
                                            Washington, D.C.  20530
                                            Tel.: (202) 514-4781
                                            Fax: (202) 318-7609
                                            Email: steven.bressler@usdoj.gov
                                            Attorneys for Defendants