UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No. 1:06cv00319(ESH) ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that defendants' Motion for Judgment on the Pleadings is GRANTED. The Clerk shall enter judgment in favor of defendants on all claims pursuant to Federal Rule of Civil Procedure 58(a)(1).

_____
Hon. ELLEN SEGAL HUVELLE
United States District Judge