UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br>     Plaintiff, <br> v. <br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br>     Defendants. | ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-0319-ESH |

### ERRATA ON PLAINTIFF'S MOTION FOR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

In this Errata, plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS") files a revised Table of Contents ("TOC") and a new Table of Authorities ("TOA") to the memorandum of law in support of its opposition filed on July 14, 2006 (Docket Item #10) to the defendants' motion to dismiss. The revised TOC shows the TOA as beginning at page ii of AAPS's memorandum, but otherwise remains unchanged. The memorandum in support of the opposition filed on July 14, 2006, did not include a TOA.

In addition, the captions appearing on the cover, proposed order, and memorandum in support of AAPS's opposition showed the case number as 06-611-ESH, instead of 06-0319-ESH. The attached errata pages correct the foregoing typographical errors and change the signature dates to July 17, 2006, in place of July 14, 2006.

The attached pages do not contain any changes other than the foregoing corrections.

Dated: July 17, 2006                           Respectfully submitted,


    /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*