UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 06-0319-ESH <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

In opposition to the defendants' motion to dismiss under Rule 12(c) of the FEDERAL RULES OF CIVIL PROCEDURE and defendants' accompanying memorandum of law, plaintiff Association of American Physicians & Surgeons, Inc., hereby files the attached memorandum of law and proposed order.

Dated: July 17, 2006

Respectfully submitted,

 /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DEP'T OF HEALTH & HUMAN SERVICES, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0319-ESH |

### [Proposed] Order

On considering defendants' motion to dismiss, the memoranda in support thereof and in opposition thereto, and the absence of a record herein, the Court holds that plaintiff has alleged cognizable injuries in fact, that the Court has subject-matter jurisdiction, and that the Court can grant the requested relief. For the foregoing reasons, it is hereby

**ORDERED** that defendants' motion is denied.

Dated: _____, 2006

_____
**UNITED STATES DISTRICT JUDGE**

**Copy to:**
LAWRENCE J. JOSEPH
2121 K Street, NW, Suite 800
Washington, DC 20037
*Counsel for Plaintiff*

SCOTT Y. BRESSLER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7300
Washington, D.C. 20530
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF AMERICAN PHYSCIANS & )
SURGEONS, INC., )
    Plaintiff, )
)
v. )  Civil Action No. 06-0319-ESH
)
DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* )
)
    Defendants.


**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**


Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American
Physicians and Surgeons, Inc.*

Dated: July 17, 2006

# TABLE OF CONTENTS

Table of Contents ................................................................................................................................ i
Preliminary Statement ........................................................................................................................ 1
Standards of Review .......................................................................................................................... 2
    Judicial Review on Administrative Record ............................................................................ 2
    Rule 10(c) ............................................................................................................................... 4
    Rule 12(c) ............................................................................................................................... 5
    Rule 56 Conversion ............................................................................................................... 8
Background ........................................................................................................................................ 9
    Statutory and Regulatory Background ................................................................................... 9
    Factual Background ............................................................................................................. 12
Argument .......................................................................................................................................... 12
I.    Subject-Matter Jurisdiction ................................................................................................. 12
    A.    Standing .................................................................................................................. 12
        1.    Injuries in Fact ........................................................................................... 13
            a.    Informational Injury ..................................................................... 14
            b.    Procedural Injury ......................................................................... 14
            c.    Program Injury ............................................................................. 15
            d.    Economic Injury .......................................................................... 19
        2.    Zone of Interests ........................................................................................ 21
        3.    Other Factors ............................................................................................. 23
    B.    Judicial Review ...................................................................................................... 23
        1.    Non-APA Nonstatutory Review ................................................................ 25
            a.    This Court's Equity Jurisdiction ................................................. 26
            b.    Mandamus and Venue Act .......................................................... 27
            c.    *Ultra Vires* Action ...................................................................... 29
            d.    Declaratory Judgment Act .......................................................... 29
        2.    APA ............................................................................................................ 30
            a.    Final Agency Action ................................................................... 31
            b.    Committed to Discretion by Law ................................................ 32
II.    Application of Subject-Matter Jurisdiction to Specific Counts .......................................... 35
    A.    Count I: Imbalance and Undue Influence .............................................................. 35
    B.    Count II: Unlawful Contractual Panels ................................................................. 38
    C.    Count III: Unlawful Subcommittees ..................................................................... 39
    D.    Count IV: Charter and Determination Violate FACA ........................................... 41
    E.    Count V: AHIC Privacy/Security Expert .............................................................. 43
    F.    Count VI: Renewal of NCVHS Charter ................................................................ 44
Conclusion ....................................................................................................................................... 44

## TABLE OF AUTHORITIES

**CASES**

*13th Reg'l Corp. v. U.S. Dept. of Interior,* 654 F.2d 758 (D.C. Cir. 1980) .................................. 28

*AAPS v. Clinton,* 997 F.2d 898 (D.C. Cir. 1993) ................................................................ 34, 40

*Abbott Laboratories v. Gardner,* 387 U.S. 136 (1967) ............................................................ 30

*Adler v. Vision Lab Telecomms., Inc.,* 393 F.Supp.2d 35 (D.D.C. 2005) ................................ 5-6

*Alabama-Tombigbee Rivers Coalition v. Dep't of Interior,*
    26 F.3d 1103 (11th Cir. 1994) ............................................................................................ 33

*Allen v. Wright,* 468 U.S. 737 (1984) ....................................................................................... 16

*Alley v. Resolution Trust Corp.,* 984 F.2d 1202 (D.C. Cir. 1993) .................................... 7, 9, 35

*Am. Cetacean Soc. v. Baldridge,* 768 F.2d 426 (D.C. Cir. 1985),
    rev'd on other grounds sub nom. Japan Whaling Ass'n v. Am. Cetacean
    Soc., 478 U.S. 221 (1986) .................................................................................................. 28

*Am. Friends Serv. Comm. v. Webster,* 720 F.2d 29 (D.C. Cir. 1983) .............................. 14, 21-22

\*  *Am. Life Ins. Co. v. Stewart,* 300 U.S. 203 (1937) .................................................................. 28

*Am. Petroleum Inst. v. EPA,* 52 F.3d 1113 (D.C. Cir. 1995) .................................................... 39

*Amway Corp. v. Procter & Gamble Co.,* 346 F.3d 180 (6th Cir. 2003) .................................... 18

*Andrx Pharmaceuticals, Inc., v. Biovail Corp. Int'l,* 256 F.3d 799 (D.C. Cir.
    2001) ........................................................................................................................ 7, 9, 35

*Animal Legal Def. Fund, Inc. v. Glickman,*
    154 F.3d 426 (D.C. Cir. 1998) (*en banc*) ........................................................................ 21

\*  *Animal Legal Def. Fund v. Shalala,* 104 F.3d 424 (D.C. Cir. 1997) ........................................ 41

*Ass'n of Data Processing Serv. Org., Inc. v. Camp,* 397 U.S. 150 (1970) ................................ 13

*Atlas Roofing Co., Inc. v. Occupational Safety & Health Review Comm'n,*
    430 U.S. 442 (1977) ............................................................................................................ 24

*Baker v. Carr,* 369 U.S. 186 (1962) .......................................................................................... 32

*Ballard v. C.I.R.,* 544 U.S. 40 (2005) .......................................................................................... 4

*Bd. of Liquidation v. McComb,* 92 U.S. (2 Otto) 531 (1876) .................................................... 28

*Bennett v. Spear,* 520 U.S. 154 (1997) ..........................................................................17, 19, 31

*Block v. Community Nutrition Inst.,* 467 U.S. 340 (1984)..................................................30

\*     *Block v. SEC,* 50 F.3d 1078 (D.C. Cir. 1995) ................................................... 32-33, 36, 42

*Bowen v. Am. Hosp. Ass'n,* 476 U.S. 610 (1986) ................................................................4

*Bowens v. Aftermath Entertainment,* 254 F.Supp.2d 629 (E.D. Mich. 2003) ...................5

*Brown & Williamson Tobacco Corp. v. Jacobson,* 713 F.2d 262 (7th Cir. 1983) ..........18

*Burlington Truck Lines v. U.S.,* 371 U.S. 156 (1962)..................................................3, 42

*Byrd v. EPA,* 174 F.3d 239 (D.C. Cir. 1999) ....................................................... 19, 21, 38-39

*Califano v. Sanders,* 430 U.S. 99 (1977) ............................................................................30

*Camp v. Pitts,* 411 U.S. 138 (1973) .....................................................................................3

*Cargill, Inc. v. U.S.* 173 F.3d 323 (5th Cir. 1999) ............................................................33

\*     *CC Distributors, Inc. v. U.S.,* 883 F.2d 146 (D.C. Cir. 1989) ...........................33, 36, 42

\*     *Chamber of Commerce v. Reich,* 74 F.3d 1322 (D.C. Cir. 1996)............................25, 39

*Chapin v. Knight-Ridder, Inc.,* 993 F.2d 1087 (4th Cir. 1993).........................................18

*Chiles v. Thornburgh,* 865 F.2d 1197 (11th Cir. 1989) ....................................................23

*CIA v. Sims,* 471 U.S. 159 (1985) ......................................................................................34

*Cianci v. New Times Pub. Co.,* 639 F.2d 54 (2nd Cir. 1980)...........................................18

*Ciralsky v. CIA,* 355 F.3d 661 (D.C. Cir. 2004) ................................................................6

*Citizens to Preserve Overton Park, Inc. v. Volpe,* 401 U.S. 402 (1971) .......................32

*Clark v. Library of Congress,* 750 F.2d 89 (D.C. Cir. 1984)...........................................29

*Claybrook v. Slater,* 111 F.3d 904 (D.C. Cir. 1997).........................................................34

*Colorado Envtl. Coalition v. Wenker,* 353 F.3d 1221 (10th Cir. 2004) .........................33

*Council of and for the Blind of Delaware County Valley, Inc., v. Regan,* 709 F.2d
    1521 (D.C. Cir. 1983) (*en banc*)..............................................................................27

*Ctr. for Auto Safety v. Nat'l Highway Traffic Safety Admin.,*
    793 F.2d 1322 (D.C. Cir. 1986).................................................................................27

*Ctr. for Democracy & Technology v. Pappert,* 337 F.Supp.2d 606 (E.D. Pa. 2004) ......................4

*Ctr. for Law & Educ. v. Dept. of Educ.,* 396 F.3d 1152 (D.C. Cir. 2005)...................................16

*Cummock v. Gore,* 180 F.3d 282 (D.C. Cir. 1999) ..............................................................10, 16, 22

*Dameron v. Washington Magazine, Inc.,* 779 F.2d 736 (D.C. Cir. 1985) ......................................18

*Dart v. U.S.,* 848 F.2d 217 (D.C. Cir. 1988)............................................................................14, 25

*Diamond v. Charles,* 476 U.S. 54 (1986) ......................................................................................17

*Doe v. Doe,* 941 F.2d 280 (5th Cir. 1991) .....................................................................................18

*Doe v. U.S. Dep't of Justice,* 753 F.3d 1092 (D.C. Cir. 1985) ........................................................8

*Dugan v. Rank,* 372 U.S. 609 (1963).............................................................................................29

*Duke Power Co. v. Carolina Envtl. Study Group, Inc.,* 438 U.S. 59, 70 (1978) ...........................29

*Ex parte Young,* 209 U.S. 123 (1908)................................................................................24, 25, 26

*FAA v. Drake,* 291 F.3d 59 (D.C. Cir. 2002).................................................................................34

*Falkowski v. EEOC,* 764 F.2d 907 (D.C. Cir. 1985) .....................................................................35

*     *FEC v. Akins,* 524 U.S. 11 (1998).........................................................................................13, 14

*Federated Dept. Stores, Inc. v. Moitie,* 452 U.S. 394 (1981) .........................................................6

*Firestone v. Firestone,* 76 F.3d 1205 (D.C. Cir. 1996) ..................................................................7

*First Nat'l Bank & Trust Co. v. Nat'l Credit Union Admin.,*
    988 F.2d 1272 (D.C. Cir. 1993).................................................................................22

*Florida Audubon Soc'y v. Bentsen,* 94 F.3d 658 (D.C. Cir. 1996) (*en banc*)...............................15

*Food Chem. News v. Young,* 900 F.2d 328 (D.C. Cir. 1990).........................................................38

*Franklin v. Massachusetts,* 505 U.S. 788 (1992)..........................................................................26

*FTC v. Standard Oil Co. of California,* 449 U.S. 232 (1980) ......................................................31

*Gamen v. Heckler,* 746 F.2d 844 (D.C. Cir. 1984) .......................................................................27

*Georgia R.R. & Banking Co. v. Redwine,* 342 U.S. 299 (1952)....................................................25

*Goldman v. Summerfield,* 214 F.2d 858 (D.C. Cir. 1954) ..............................................................5

*Gordon v. Nat'l Youth Work Alliance,* 675 F.2d 356 (D.C. Cir. 1982) ..........................................8

*Greenbelt Cooperative Publishing Ass'n v. Bresler,* 398 U.S. 6 (1972) .......................................18

*Haitian Refugee Ctr. v. Gracey,* 809 F.2d 794 (D.C. Cir. 1987) .............................................22-23

*Haynesworth v. Miller,* 820 F.2d 1245 (D.C. Cir. 1987) ...............................................................5

*Heckler v. Chaney,* 470 U.S. 821 (1985) ....................................................................................32

*Henthorn v. Dep't of Navy,* 29 F.3d 682 (D.C. Cir. 1994) .............................................................5

*Hunt v. Washington State Apple Adver. Comm'n,* 432 U.S. 333 (1977) ....................................13

*Hurley v. Reed,* 288 F.2d 844 (D.C. Cir. 1961) ..........................................................................30

*In re Cheney,* 406 F.3d 723 (D.C. Cir. 2005) .............................................................................40

*In re Exec. Office of President,* 215 F.3d 20 (D.C. Cir. 2000) ...................................................35

*In re Swine Flu Immunization Prods. Liab. Litig.,* 880 F.2d 1439 (D.C. Cir. 1989) .....................6

\*   *Indep. Broker-Dealers' Trade Ass'n v. SEC,* 442 F.2d 132 (D.C. Cir. 1971) .............................26

*James Madison Ltd. v. Ludwig,* 82 F.3d 1085 (D.C. Cir. 1996) ...................................................3

*Jarecki v. U.S.,* 590 F.2d 670 (7th Cir. 1979) .............................................................................28

\*   *Kendall v. U.S. ex rel. Stokes,* 37 U.S. (12 Pet.) 524 (1838) ........................................................26

*Kennecott Utah Copper Corp. v. U.S. Dept. of Interior,*
     88 F.3d 1191 (D.C. Cir. 1996) ...........................................................................................22

*Kenney v. Scripps Howard Broadcasting Co.,* 259 F.3d 922 (8th Cir. 2003) ..............................18

*Land v. Dollar,* 330 U.S. 731 (1947) ............................................................................................8

*Langston v. Johnson,* 478 F.2d 915 (D.C. Cir. 1973) ...................................................................3

*Larson v. Domestic & Foreign Commerce Corp.,* 337 U.S. 682 (1949) .....................................29

*Liberty Lobby, Inc. v. Dow Jones & Co., Inc.,* 838 F.2d 1287 (D.C. Cir. 1988) .........................17

*Lombardo v. Handler,* 397 F.Supp. 792 (D.D.C. 1975) .........................................................40-41

*Los Angeles v. Lyons,* 461 U.S. 95 (1983) ..................................................................................13

*Louisiana Pub. Serv. Comm'n v. FCC,* 476 U.S. 355 (1986) ......................................................29

*Lujan v. Defenders of Wildlife,* 504 U.S. 555 (1992) .................................................13, 14, 15, 20

*Lujan v. Nat'l Wildlife Fed'n,* 497 U.S. 871 (1990) ..........................................................14, 16, 17

*Marbury v. Madison,* 5 U.S. (1 Cranch) 137 (1803) ...................................................................24

*Marshall County Health Care Auth. v. Shalala,* 988 F.2d 1221 (D.C. Cir. 1993) ..............3, 32, 34

*McNabb v. U.S.,* 318 U.S. 332 (1943) .........................................................................................14

*MD Pharm., Inc. v. D.E.A.,* 133 F.3d 8 (D.C. Cir. 1998) .............................................................22

*Medico v. Time, Inc.,* 643 F.2d 134 (3rd Cir. 1981) .....................................................................18

*Metcalf v. Nat'l Petroleum Council,* 553 F.2d 176 (D.C. Cir. 1977) ..................................... 19-20

\* *Michigan v. EPA,* 268 F.3d 1075 (D.C. Cir. 2001) ................................................................29, 39

*Nat'l Anti-Hunger Coalition v. Exec. Comm. of the President's Private Sector
    Survey on Cost Control,* 566 F.Supp. 1515 (D.D.C. 1983) ................................................37

*Nat'l Anti-Hunger Coalition v. Executive Comm. of the President's Private Sector
    Survey on Cost Control,* 711 F.2d 1071 (D.C. Cir. 1983) ...............................15, 33, 35, 40

*Nat'l Credit Union Admin. v. First Nat'l Bank & Trust, Co.,* 522 U.S. 479 (1998).....................21

*Nat'l Nutritional Foods Ass'n v. Califano,* 603 F.2d 327 (2nd Cir. 1979).....................................33

\* *Nat'l Parks Conserv. Ass'n v. Manson,* 414 F.3d 1 (D.C. Cir. 2005) ....................................17, 19

*Nat'l Treasury Employees Union v. Campbell,* 589 F.2d 669 (D.C. Cir. 1978)...........................25

*Nat'l Treasury Employees Union v. Nixon,* 492 F.2d 587 (D.C. Cir. 1974).................................30

*Nat'l Treasury Employees Union v. U.S.,* 101 F.3d 1423 (D.C. Cir. 1996) .................................15

*Nixon v. U.S.,* 506 U.S. 224 (1993)...............................................................................................23

*Noel v. Olds,* 149 F.2d 13 (D.C. Cir. 1945) ....................................................................................6

*Norm Thompson Outfitters, Inc. v. Starcrest Prods. of California, Inc.,*
    2004 WL 957774 (D. Ore. 2004).........................................................................................5

*NRDC v. Pena,* 147 F.3d 1012 (D.C. Cir. 1998) ....................................................................19, 37

*Osborn v. Bank of U.S.,* 22 U.S. (9 Wheat.) 738 (1824)...............................................................24

*Patriot, Inc., v. H.U.D.,* 963 F.Supp. 1 (D.D.C. 1997) .................................................................38

*People for the Ethical Treatment of Animals, Inc., v. Gittens,*
    396 F.3d 416 (D.C. Cir. 2005) ...........................................................................8, 44

\* *Peoples v. U.S. Dept. of Agriculture,* 427 F.2d 561 (D.C. Cir. 1970) ....................26, 29

*Phillips v. Evening Star Newspaper Co.,* 424 A.2d 78 (D.C. App. 1980) ....................18

*Pickus v. U.S.,* 543 F.2d 240 (D.C. Cir. 1976) ...............................................................26

*Priebe & Sons v. U.S.,* 332 U.S. 407 (1949) ...................................................................39

*Pub. Citizen v. FTC,* 869 F.2d 1541 (D.C. Cir. 1989) ....................................................13

\* *Pub. Citizen v. Nat'l Advisory Comm. on Microbiological Criteria for Foods,*
    886 F.2d 419 (D.C. Cir. 1988) .....................................................33, 34, 35, 36

\* *Pub. Citizen v. U.S. Dep't of Justice,* 491 U.S. 440 (1989) .................................9, 14, 41

*Reytblatt v. U.S. Nuclear Regulatory Comm'n,* 105 F.3d 715 (D.C. Cir. 1997) ...........22

*Ronwin v. Shapiro,* 657 F.2d 1071 (9th Cir. 1981) .........................................................18

*Rosen v. TRW, Inc.,* 979 F.2d 191 (11th Cir. 1992) ..........................................................7

*Sargeant v. Dixon,* 130 F.3d 1067 (D.C. Cir. 1997) .......................................................14

*Schlesinger v. Councilman,* 420 U.S. 738 (1975) ..........................................................27

*Sea-Land Serv., Inc., v. Alaska R.R.,* 659 F.2d 243 (D.C. Cir. 1981) ............................21

*SEC v Chenery Corp.,* 318 U.S. 80 (1943) ................................................................4, 38

*SEC v Chenery Corp.,* 332 U.S. 194 (1947) ...............................................................3, 42

*Shaughnessy v. Pedreiro,* 349 U.S. 48 (1955) ..........................................................28, 31

*Sierra Club v. Morton,* 405 U.S. 727 (1972) ............................................................15-17

*Silveyra v. Moschorak,* 989 F.2d 1012 (9th Cir. 1993) .............................................27-28

*Simon v. Eastern Kentucky Welfare Rights Org.,* 426 U.S. 26 (1976) ..........................17

*Sloan v. HUD,* 231 F.3d 10 (D.C. Cir. 2000) ...................................................................4

*Soucie v. David,* 448 F.2d 1067 (D.C. Cir. 1971) ..........................................................30

*Stafford v. Briggs,* 444 U.S. 527 (1980) ....................................................................24-25

*Stark v. Wickard,* 321 U.S. 288 (1944) ...........................................................................26

*Stearns v. Veterans of Foreign Wars,* 500 F.2d 788 (D.C. Cir. 1974) ............................................9

*Stewart v. Evans,* 275 F.3d 1126 (D.C. Cir. 2002) ........................................................................6

*Swan v. Clinton,* 100 F.3d 973 (D.C. Cir. 1996) ..........................................................................28

*Texas Rural Legal Aid, Inc. v. Legal Serv. Corp.,* 940 F.2d 685 (D.C. Cir. 1991) .......................26

*Tierney v. Schweiker,* 718 F.2d 449 (D.C. Cir. 1983) ..................................................................30

*Time, Inc. v. Pape,* 401 U.S. 279 (1971)........................................................................................18

*U.S. Lines, Inc. v. F.M.C.,* 584 F.2d 519 (D.C. Cir. 1978) ...........................................................21

*U.S. v. Boutwell,* 84 U.S. (17 Wall.) 604 (1873) ..........................................................................25

*U.S. v. Lee,* 106 U.S. 196 (1882) ..................................................................................................25

*U.S. v. Standard Rice Co.,* 323 U.S. 106 (1944)...........................................................................39

*Verizon Md., Inc. v. Pub. Serv. Comm'n of Md.,* 535 U.S. 635 (2002) ........................................26

*Walker v. City of Oklahoma City,* 203 F.3d 837 (10th Cir. 2000)...............................................18

*Warth v. Seldin,* 422 U.S. 490 (1975)....................................................................................13, 20

*Webster v. Doe,* 486 U.S. 592 (1988) .....................................................................................26, 34

*Yohe v. Nugent,* 321 F.3d 35 (1st Cir. 2003) ................................................................................18

**STATUTES**

U.S. CONST. art. I..........................................................................................................................23

U.S. CONST. art. II.........................................................................................................................23

U.S. CONST. art. III .................................................................................................................23, 27

U.S. CONST. art. III, §2 .................................................................................................................24

Judiciary Act of 1789, ch. 20, §16, 1 Stat. 72, 82..........................................................................24

Act of March 3, 1863, 12 Stat. 762................................................................................................27

Act of June 25, 1936, 49 Stat. 1921...............................................................................................27

Pub. L. 94-574, 90 Stat. 2721 (1976).............................................................................................30

National Technology and Transfer Act of 1995, Pub. L. No. 104-113, 110 Stat. 775 (1996) ("NTTA") ................................................................................................ 20

NTTA §12(d), Pub. L. No. 104-113, §12(d), 110 Stat. at 783 (1996) ........................................ 20

No Child Left Behind Act of 2001, Pub. L. No. 107-110, 115 Stat. 1806 (2002) ......................... 16

5 U.S.C. §101 ................................................................................................................................ 31

Administrative Procedure Act, 5 U.S.C. §551-706 ........... 23, 25, 26, 28, 30, 31, 33, 34, 37, 38, 39

5 U.S.C. §551(1) ........................................................................................................................... 31

5 U.S.C. §551(13) ......................................................................................................................... 31

5 U.S.C. §551(6) ........................................................................................................................... 31

5 U.S.C. §701(a)(2) ............................................................................................. 32, 35-36, 37, 38, 42

5 U.S.C. §701(b) ........................................................................................................................... 31

5 U.S.C. §702 .......................................................................................................................... 24, 30

5 U.S.C. §703 ................................................................................................................................ 30

5 U.S.C. §704 ................................................................................................................................ 30

5 U.S.C. §706 ..................................................................................................................... 4, 30, 38

5 U.S.C. §706(2)(A) ...................................................................................................................... 32

Federal Advisory Committee Act, 5 U.S.C. App. 2, §§1-16 ("FACA") .............................. *passim*

FACA §2(b)(2), 5 U.S.C. App. 2, §2(b)(2) ................................................................................... 36

FACA §2(b)(5), 5 U.S.C. App. 2, §2(b)(5) ................................................................................... 16

FACA §3(2), 5 U.S.C. App. 2, §3(2) ................................................................................... 9, 39, 40

FACA §3(2)(i), 5 U.S.C. App. 2, §3(2)(i) ..................................................................................... 40

FACA §5, 5 U.S.C. App. 2, §5 ...................................................................................................... 35

FACA §5(b)(1), 5 U.S.C. App. 2, §5(b)(1) ................................................................................... 10

FACA §5(b)(2), 5 U.S.C. App. 2, §5(b)(2) ................................................................... 2, 10, 33, 36, 37

FACA §5(b)(3), 5 U.S.C. App. 2, §5(b)(3) ................................................................... 1, 2, 10, 33, 36

FACA §5(c), 5 U.S.C. App. 2, §5(c) ...................................................................................2, 10

FACA §8(a), 5 U.S.C. App. 2, §8(a) ......................................................................................43

FACA §9(a)(1), 5 U.S.C. App. 2, §9(a)(1) ........................................................................34, 43

FACA §9(a)(2), 5 U.S.C. App. 2, §9(a)(2) ................................................10, 16, 34, 36, 41, 42, 43

FACA §9(c), 5 U.S.C. App. 2, §9(c) ...................................................................................11, 16

FACA §9(c)(A)-(J), 5 U.S.C. App. 2, §9(c)(A)-(J) ......................................................................11

FACA §10, 5 U.S.C. App. 2, §10 ...........................................................................................35

FACA §10(a)(1), 5 U.S.C. App. 2, §10(a)(1) ...........................................................................10

FACA §10(a)(3), 5 U.S.C. App. 2, §10(a)(3) ...........................................................................10

FACA §10(b), 5 U.S.C. App. 2, §10(b) ...............................................................................10, 14

FACA §10(e), 5 U.S.C. App. 2, §10(e) ................................................................................11, 34

FACA §14(b)(1), 5 U.S.C. App. 2, §14(b)(1) ......................................................................11, 44

FACA §14(b)(3), 5 U.S.C. App. 2, §14(b)(3) ......................................................................11, 44

18 U.S.C. §2337(1) ...............................................................................................................34

18 U.S.C. §2337(2) ...............................................................................................................34

20 U.S.C. §3508(a) ...............................................................................................................23

28 U.S.C. §1331 ...............................................................................................................29, 30

28 U.S.C. §1361 ...............................................................................................................27, 29

28 U.S.C. §1391(e) ...............................................................................................................24

Declaratory Judgment Act, 28 U.S.C. §§2201-2202 ...............................................................29

28 U.S.C. §2201(a) ...............................................................................................................29

42 U.S.C.A. §3501 .................................................................................................................23

49 U.S.C. §46101(a)(3) .........................................................................................................34

District of Columbia Court Reorganization Act of 1970,
    Pub. L. No. 91-358, §111, 84 Stat. 473, 475-521 (1970) ..................................................27

D.C. Code §11-501 ............................................................................................................................27

D.C. Code §11-521 (1967)................................................................................................................27

**RULES AND REGULATIONS**

FED. R. CIV. P. 10(c) ....................................................................................................................4, 5

FED. R. CIV. P. 12(b)(6) ............................................................................................................5, 6, 7

FED. R. CIV. P. 12(c) ..........................................................................................4, 5, 6, 8, 9, 12

FED. R. CIV. P. 44(a)(1)......................................................................................................................3

FED. R. CIV. P. 54(c) ....................................................................................................................8, 44

FED. R. CIV. P. 56.........................................................................................................................8, 9

41 C.F.R. §102–3.105(g) ..................................................................................................................12

41 C.F.R. §102–3.30(a).................................................................................................................43, 44

41 C.F.R. §102–3.60(b)(2)............................................................................................................43, 44

41 C.F.R. §102–3.60(b)(3).................................................................................................................44

41 C.F.R. §102–3.70 ....................................................................................................................12, 44

41 C.F.R. pt 102–3, subpt B, App. A................................................................................................12, 36

48 C.F.R. §52.227-17(d) ...................................................................................................................14

Office of Management & Budget Circular A-119, 63 Fed. Reg. 8545 (1998) ..............................21

69 Fed. Reg. 24,059 (2004) ..............................................................................................................19

**LEGISLATIVE HISTORY**

Administrative Procedure Act, Legislative History, 79th Cong., S.Doc. No. 248,
    79th Cong., 2d Sess. (1946)..................................................................................................30

H.R. Rep. No. 1936, 86th Cong., 2d Sess. (1960) ........................................................................25

S. Rep. No. 1098, 92d Cong., 2d Sess. (1972)..............................................................15, 33, 36

H.R. Rep. No. 1017, 92d Cong., 2d Sess. (1972), reprinted in Fed. Advisory
    Comm. Act (Pub. L. 92-463), Source Book: Legislative History, Texts,
    and Other Documents (Cong. Res. Serv. 1978)...............................................10, 15, 33, 36

H.R. Rep. No. 94-1656, *reprinted in* 1976 U.S.C.C.A.N. 6121 ..................................................27

H.R. Rep. No. 96-1461, *reprinted in* 1980 U.S.C.C.A.N. 5063 ..................................................30

**OTHER AUTHORITIES**

3 WILLIAM BLACKSTONE, COMMENTARIES *255........................................................................24

Government Accountability Office, *FEDERAL ADVISORY COMMITTEES: Additional Guidance Could Help Agencies Better Ensure Independence and Balance,* at 41-50 (April 2004) .................................................................................37

THE FEDERALIST NO. 78, at 464-66 (Alexander Hamilton) (Clinton Rossiter ed., Signet 2003) (1961) ...............................................................................................24

Herbert Hovenkamp, *Federal Antitrust Policy: the Law of Competition and its Practice,* §3.7d (3d ed. 2005) ................................................................................21

Louis L. Jaffee, *The Right to Judicial Review I,* 71 HARV. L. REV. 401, 433 (1958).....................24

Louis L. Jaffe, *Suits against Governments and Officers: Sovereign Immunity,* 77 HARV. L. REV. 1, 5-18 (1963) ..........................................................................24

RESTATEMENT (SECOND) OF TORTS, §611 (1977)......................................................................18

Section of Administrative Law & Regulatory Practice of the American Bar Association, *"A Blackletter Statement of Federal Administrative Law,"* 54 ADMIN. L. REV. 1, 46 (2002)................................................................................ 23-24

5B CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, §1356 (3d ed. 2004) .......................................................................6

5B CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, §1357 (3d ed. 2004) ...................................................................6, 7

5C CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, §1368 (3d ed. 2004) ..................................................................5, 12

5C CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, §1371 (3d ed. 2004) .......................................................................8

Robert Yates, Brutus Essay XI (1788), *reprinted in* THE ESSENTIAL ANTIFEDERALIST, at 187-90 (W.B. Allen & Gordon Lloyd, ed., 2002) .............................24

45

Dated: July 17, 2006    Respectfully submitted,

  /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*