UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br>   Plaintiff, <br><br> v. <br><br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.*, <br>   Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 06-0319-ESH <br> ) <br> ) <br> ) <br> ) <br> ) |

### **ERRATA ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In this Errata, plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS") files a revised Table of Contents ("TOC") and a new Table of Authorities ("TOA") to the memorandum of points and authorities in support of its motion for partial summary judgment filed on July 14, 2006 (Docket Item #11). The revised TOC shows the TOA as beginning at page ii of AAPS's memorandum, but otherwise remains unchanged. The memorandum in support of the motion filed on July 14, 2006, did not include a TOA.

In addition, the captions appearing on the motion, proposed order, and memorandum in support of the motion showed the case number as 06-611-ESH, instead of 06-0319-ESH. The attached errata pages correct the foregoing typographical errors and change the signature dates to July 17, 2006, in place of July 14, 2006. Finally, footnote 1 on page 1 of the motion said "AAPS requires jurisdictional discovery and/or jurisdictional before moving for summary judgment on Counts I, VI, V, and VI," which AAPS now has corrected to refer to "jurisdictional discovery and/or *a certified record*" (emphasis added to highlight corrected text).

The attached pages do not contain any changes other than the foregoing corrections.

Dated: July 17, 2006               Respectfully submitted,

    /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*