UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC., <br>     Plaintiff, <br> v. <br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br>     Defendants. | Civil Action No. 06-0319-ESH |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the FEDERAL RULES OF CIVIL PROCEDURE, plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS") respectfully moves this Court for summary judgment on Counts II and III of its Complaint against defendants U.S. Department of Health and Human Services and its Secretary, Michael O. Leavitt, in his official capacity and his individual capacity under color of legal authority.[1] Counts II and III allege that the defendants violated the Federal Advisory Committee Act, 5 U.S.C. App. 2, §§1-16 ("FACA") and the Administrative Procedure Act, 5 U.S.C. §551-706 ("APA"), exceeded their authority, and acted *ultra vires* in convening "subcommittees" of the American Health Information Community ("AHIC") that include private-sector AHIC nonmembers and by contracting for several consensus panels, all without complying with FACA's requirements, including *inter alia* chartering.

In support of this Motion, AAPS relies on the accompanying Statement of Undisputed Material Facts, the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment, the declarations and exhibits in support thereof, and the pleadings. A proposed order is attached.

---

[1] AAPS requires jurisdictional discovery and/or a certified record before moving for summary judgment on Counts I, VI, V, and VI.

Dated: July 17, 2006                                     Respectfully submitted,


  /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC.,<br>    Plaintiff,<br>v.<br>DEP'T OF HEALTH & HUMAN SERVICES, *et al.*,<br>    Defendants. | Civil Action No. 06-0319-ESH |

### [Proposed] Order

On considering plaintiff's motion for partial summary judgment on Counts II and III of the Complaint in this action, the memoranda in support thereof and in opposition thereto, and the record herein, the Court holds that it has subject-matter jurisdiction over Counts II and III, which state a claim for which this Court can grant relief. The Court further holds that there are no genuine issues of material fact, and that plaintiff is entitled to summary judgment on Counts II and III of the Complaint. For the foregoing reasons, it is hereby

**ORDERED** that plaintiff's motion for partial summary judgment is granted with respect to Counts II and III; and it is

**FURTHER ORDERED** that the declaratory relief requested in ¶101(A)(i), (iii), (iv), (vii), and (viii) of the Complaint is granted; and it is

**FURTHER ORDERED** that, with respect to subcommittees and to the "Contractual Panels" as defined in ¶¶3(a), 67 of the Complaint, the declaratory relief requested in ¶101(A)(vi) of the Complaint is granted; and it is

**FURTHER ORDERED** that the injunctive relief requested in ¶101(B)(ii), (iii), (vii), and (viii) of the Complaint is granted; and it is

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> )    Civil Action No. 06-0319-ESH <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*

Dated: July 17, 2006

**TABLE OF CONTENTS**

Table of Contents ............................................................................................................................. i

Table of Authorities ........................................................................................................................ ii

Preliminary Statement ..................................................................................................................... 1

Standard of Review ......................................................................................................................... 1

Summary of Argument ................................................................................................................... 2

Argument ........................................................................................................................................ 2

I.      Subject-Matter Jurisdiction ................................................................................................ 2

          A.      Standing ................................................................................................................. 2

          B.      Sovereign Immunity and Judicial Review ............................................................ 4

                1.      This Court's Equity Jurisdiction ................................................................ 4

                2.      Officers Not Sovereign ............................................................................. 5

                3.      APA Waiver of Sovereign Immunity ........................................................ 5

II.     Dispositive Relief on Specific Counts ............................................................................... 6

          A.      Count II: Unlawful Contractual Panels .................................................................. 7

          B.      Count III: Unlawful Subcommittees ...................................................................... 9

Conclusion .................................................................................................................................... 11

# TABLE OF AUTHORITIES

**CASES**

*AAPS v. Clinton,* 813 F.Supp. 82 (D.D.C.), *rev'd on other grounds,*
  997 F.2d 898 (D.C. Cir. 1993) ...........................................................................3, 6

\* *Am. Life Ins. Co. v. Stewart,* 300 U.S. 203 (1937)...............................................................7

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ....................................................... 1-2

\* *Animal Legal Def. Fund v. Shalala,* 104 F.3d 424 (D.C. Cir. 1997) .............................................10

*Better Gov't Ass'n v. Dep't of State,* 780 F.2d 86 (D.C. Cir. 1986) ..................................................4

*Byrd v. EPA,* 174 F.3d 239 (D.C. Cir. 1999) ....................................................................... 7-9

*California Forestry Ass'n v. U.S. Forest Service,* 102 F.3d 609 (D.C. Cir. 1996).........................6

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ................................................................2

\* *Chamber of Commerce v. Reich,* 74 F.3d 1322 (D.C. Cir. 1996).........................................5

*Clark v. Library of Congress,* 750 F.2d 89 (D.C. Cir. 1984)...............................................5

*Cummock v. Gore,* 180 F.3d 282 (D.C. Cir. 1999) ......................................................3, 6

*DKT Mem'l Fund, Ltd. v. Agency for Int'l Dev.,* 887 F.2d 275 (D.C. Cir. 1989) .........................4

\* *FEC v. Akins,* 524 U.S. 11 (1998)................................................................................2

*Food Chem. News v. Young,* 900 F.2d 328 (D.C. Cir. 1990)..........................................7, 9

*Gates v. Schlesinger,* 366 F.Supp. 797 (D.D.C. 1973) ..................................................6

\* *Kendall v. U.S. ex rel. Stokes,* 37 U.S. (12 Pet.) 524 (1838) ....................................... 4-5

*Larson v. Domestic & Foreign Commerce Corp.,* 337 U.S. 682 (1949) .........................5

*NRDC v. Pena,* 147 F.3d 1012 (D.C. Cir. 1998) ..........................................................6

\* *Pub. Citizen v. U.S. Dep't of Justice,* 491 U.S. 440 (1989)................................1-3, 7-10

*Public Citizen v. National Economic Commission,* 703 F.Supp. 113 (D.D.C. 1989).....................6

*Sargeant v. Dixon,* 130 F.3d 1067 (D.C. Cir. 1997) ..................................................2

*Sea-Land Serv., Inc. v. Alaska R.R.,* 659 F.2d 243 (D.C. Cir. 1982).............................5

*Shaughnessy v. Pedreiro,* 349 U.S. 48 (1955) ............................................................................... 7

*Stafford v. Briggs,* 444 U.S. 527 (1980) ........................................................................................ 5

*Transohio Savings Bank v. Director, Office of Thrift Supervision,*
    967 F.2d 598 (D.C. Cir. 1992) ................................................................................................ 6

*Washington Legal Found. v. U.S. Sentencing Comm'n,*
    89 F.3d 897 (D.C. Cir. 1996) .................................................................................................. 5

**STATUTES**

Administrative Procedure Act, 5 U.S.C. §551-706 ............................................................ 5, 6, 7, 9

Federal Advisory Committee Act, 5 U.S.C. App. 2, §§1-16 ("FACA") ............................. *passim*

FACA §3, 5 U.S.C. App. 2, §3 ........................................................................................................ 9

FACA §3(2), 5 U.S.C. App. 2, §3(2) ..................................................................................... 8, 10-11

FACA §3(2)(i), 5 U.S.C. App. 2, §3(2)(i) ..................................................................................... 11

FACA §4, 5 U.S.C. App. 2, §4 ........................................................................................................ 9

FACA §9, 5 U.S.C. App. 2, §9 ........................................................................................................ 3

FACA §9(c), 5 U.S.C. App. 2, §9(c) .............................................................................................. 2

FACA §10(b), 5 U.S.C. App. 2, §10(b) ....................................................................................... 2, 3

**RULES AND REGULATIONS**

FED. R. CIV. P. 12(c) ............................................................................................................. 1, 2, 7

FED. R. CIV. P. 56 ........................................................................................................................... 1

FED. R. CIV. P. 56(c) ...................................................................................................................... 1

48 C.F.R. §52.227-17(d) ................................................................................................................ 3

**LEGISLATIVE HISTORY**

H.R. Conf. Rep. No. 1403, 92d Cong., 2d Sess., *reprinted in* 1972 U.S.C.C.A.N.
    3508 ..................................................................................................................................... 8-9

H.R. Rep. No. 1936, 86th Cong., 2d Sess. (1960) .......................................................................... 5

S. Rep. No. 996, 94th Cong.(1976) ................................................................................................ 5

Dated: July 17, 2006                           Respectfully submitted,


  /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*