UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN <br>   PHYSICIANS AND SURGEONS, INC. <br><br>   Plaintiff, <br><br>      v. <br><br> U.S. DEPARTMENT OF HEALTH AND <br>   HUMAN SERVICES, et al. <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06cv00319(ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.l, defendants respond, by and through their undersigned attorneys, to plaintiffs' statement of material facts as to which there is no genuine issue as follows. Plaintiffs' numbered statements are reproduced below, each followed by the defendants' response.

    1.    As originally established, the American Health Information Community ("AHIC") included the following members from outside the U.S. government: Scott P. Serota, President and Chief Executive Officer ("CEO"), Blue Cross Blue Shield Association; Douglas E. Henley, M.D., Executive Vice President, American Academy of Family Physicians; Lillee Smith Gelinas, R.N., Chief Nursing Officer, VHA Inc.; Charles N. Kahn III, President, Federation of American Hospitals; Nancy Davenport-Ennis, CEO, National Patient Advocate Foundation; Steven S Reinemund, CEO and Chairman, PepsiCo; Kevin D. Hutchinson, CEO, SureScripts; Craig R. Barrett, Ph.D., Chairman, Intel Corporation; E. Mitchell Roob, Secretary, Indiana Family and Social Services Administration. *See generally* Transcript, AHIC meeting (Oct. 7, 2005), available at http://www.hhs.gov/healthit/documents/October29thTranscript.pdf (last visited July

14, 2006).

**Response:** Undisputed.

2. At or about the close of the first AHIC meeting, the foregoing members signed an appointment affidavit and took an oath in which they swore to "well and faithfully discharge the duties of the office I am about to enter" (or words to that effect) and not to engage in certain activities "while an employee of the United States or any agency thereof" (or words to that effect). The swearing-in is on the video of the first AHIC meeting at minutes 3:50 to 3:53 of 3:53. The video is available at http://www.hhs.gov/healthit/documents/October72005.ram (last visited July 14, 2006).

**Response:** Undisputed.

3. Notwithstanding that they entered the foregoing federal office and employment, the foregoing members maintain the employment relationships identified in paragraph 1, and they are neither full-time nor permanent part-time officers or employees of the U.S. government or any agency thereof.

**Response:** This paragraph contains conclusions of law, not statements of material fact, and so no response is required. Defendants do not dispute that the non-governmental members of the AHIC are not Special Government Employees; defendants do dispute any allegation or legal conclusion that they are officers or employees of the federal government as that term is used in the Federal Advisory Committee Act, 5 U.S.C. App. 2 et seq.

4. The Statement of Work for the Request for Proposal number AHRQ-05-0015 (as amended) expressly contemplates "engag[ing] public and private sector health care entities that are involved in interoperable health information technology adoption [, including] but not be

limited to: clinicians, physician groups (primary and specialty care) and other providers, Federal health facilities (*i.e.,* Department of Defense, Indian Health Service, Department of Veterans Affairs), hospitals, payers, public health agencies," and others. The "Special Contract Requirements" specifically provide that "FAR 52.227-17 Rights in Data – Special Works is hereby incorporated by reference." REQUEST FOR PROPOSAL AHRQ-05-0015, AMENDMENT NO. 2 TO RFP, at 3-4. The RFP further requires the contractor to "Convene as necessary a statewide or regional workshop to finalize and reach consensus on the assessment and potential solutions" and to "Develop and execute a convening strategy and plan to hold one national meeting" the purpose of which "shall be to discuss and finalize a nationwide summary and synthesis of variation assessments and proposed solutions among all states to inform policy making at the Federal, State and local levels, and NHIN prototype solutions for supporting health information exchange across the nation." Request for Proposal No. AHRQ-05-0015, at C.4.d, C.6. The foregoing documents, and Amendment No. 1, are attached to the Declaration of Lawrence J. Joseph (July 14, 2006) as Exhibit 1.

  **Response:** Defendants do not dispute that the quotations in this paragraph are accurate. The balance of this paragraph contains conclusions of law, not statements of material fact, and so no response is required.

  5. On or about May 17, 2006, the Department of Health & Human Services issued a press release announcing various unanimous AHIC recommendations to Secretary Leavitt and announcing that Robert Cresanti, Under Secretary of Technology at the Department of Commerce, had replaced Michelle O'Neill, former Acting Under Secretary, as an AHIC member. The foregoing document is attached to the Declaration of Lawrence J. Joseph (July 14, 2006) as

Exhibit 2.

**Response:** Undisputed.

6. "The federal AHIC members are federal officers within the meaning of FACA." Compl. ¶56; Answer ¶56 (Admit to the extent an answer is required).

**Response:** This paragraph contains a conclusion of law, not a statement of fact, to which no response is required.

7. "Defendants… admit that they announced an intent to create AHIC subcommittees chaired by AHIC members, and that DHHS has convened four such subcommittees, comprised of both AHIC members and AHIC non-members." Answer ¶57.

**Response:** It is undisputed that the AHIC, which advises defendants and in which defendants participate, announced an intent to create subordinate AHIC workgroups chaired by members of the AHIC, and that the AHIC (which is an advisory committee to the U.S. Department of Health and Human Services) has convened four such workgroups, comprised of both AHIC members and non-members, to advise the AHIC.

8. "According to the agenda circulated at its inaugural January 30, 2006, meeting, the Consumer Empowerment subcommittee plans to meet throughout 2006, to make recommendations to AHIC during that period, and to present a final report to AHIC members at AHIC's December 5, 2006 meeting. Ex. 1, 9." Compl. ¶58; Answer ¶58 (Admit).

**Response:** Undisputed.

9. "According to the agenda circulated at its inaugural January 31, 2006, meeting, the Electronic Health Records subcommittee plans to meet throughout 2006, to make recommendations to AHIC during that period, and to present a final report to AHIC members at

-4-

AHIC's December 5, 2006 meeting. Ex. 1, 10." Compl. ¶59; Answer ¶59 (Admit)

  **Response:** Undisputed.

  10. "According to the agenda circulated at its inaugural February 1, 2006, meeting, the Chronic Care subcommittee plans to meet throughout 2006, to make recommendations to AHIC during that period, and to present a final report to AHIC members at AHIC's December 5, 2006 meeting. Ex. 1, 11." Compl. ¶60; Answer ¶60 (Admit).

  **Response:** Undisputed.

  11. "According to the agenda circulated at its inaugural February 2, 2006, meeting, the Biosurveillance subcommittee plans to meet throughout 2006, to make recommendations to AHIC during that period, and to present a final report to AHIC members at AHIC's December 5, 2006 meeting. Ex. 1, 12." Compl. ¶61; Answer ¶61 (Admit).

  **Response:** Undisputed.

Dated: August 4, 2006    Respectfully Submitted,

            PETER D. KEISLER
            Assistant Attorney General
            KENNETH L. WAINSTEIN
            United States Attorney

             /s/ Steven Y. Bressler
            ELIZABETH J. SHAPIRO
            STEVEN Y. BRESSLER D.C. Bar # 482492
            Attorneys
            United States Department of Justice
            Civil Division, Federal Programs Branch
            20 Massachusetts Avenue N.W.  Room 7138
            Washington, D.C.  20530
            Tel.: (202) 514-4781
            Fax: (202) 318-7609
            Email: steven.bressler@usdoj.gov
            Attorneys for Defendants