# Larry Joseph

| | |
|---|---|
| **From:** | Joe Burgess [Joe_Burgess@DCD.USCOURTS.GOV] |
| **Sent:** | Monday, April 26, 2004 12:46 PM |
| **To:** | ECF-COLUMBIA@nyed.uscourts.gov |
| **Subject:** | Proposed Orders |

```
Judge Lamberth has instructed the Clerk's Office to advise attorneys that the Local Rules
continue to require the submission of proposed orders. Their proposed orders can be
attached to the motions when submitted
electronically.    Failure to provide the proposed order will result in the
document being stricken from the docket for failure to comply with the Local Rules.
```

1