UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-0319-ESH<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUGGESTION FOR JUDICIAL NOTICE**

In their combined reply in support of defendants' motion to dismiss and opposition to the plaintiff's motion for partial summary judgment ("Defs.' Opp'n"), the defendants suggest that the Court take judicial notice of certain documents. Defs.' Opp'n at 24. Plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS") respectfully requests that the Court deny the suggestion – which essentially is an implied motion – for the following reasons:

1.   Although not expressly styled as a motion, the defendants' suggestion is essentially a motion, and defendants did not comply with the local rules applicable to such motions (*e.g.,* attaching a proposed order, seeking the opposing party's position on the motion). L. Civ. R. 7(c), (m). To avoid any suggestion that AAPS concedes the implied motion, AAPS files this opposition. L. Civ. R. 7(b).

2.   Had defendants' counsel contacted AAPS's counsel, the parties may have been able to avoid the need for a motion (or at least a contested motion). For example, although defendants contend that AAPS did not plead the separate need for defendants to file their advisory committee charters with Congress, Defs.' Opp'n at 25, that is false. *See* Compl. ¶¶15, 62, 98, 99, 100. In particular, Paragraph 100 expressly provides that "For the foregoing reasons, Defendants' maintenance of [the National Committee on Vital and Health Statistics] beyond its termination date without first preparing *and filing* a renewed [National Committee on Vital and Health

Statistics] charter violates FACA." Compl. ¶100 (emphasis added). Thus, even if the Court takes judicial notice of the unsigned charter that defendants allegedly renewed, defendants still would not have justified dismissal of Count VI (¶¶98-100) of the Complaint. *See* Pl.'s Opp'n to Mot. to Dismiss at 44.

3.  As to the question-and-answer document on the membership of the American Health Information Community and the members' alleged expertise on privacy and security issues, the defendants have not even provided this Court a hyperlink to (much less a copy of) the document that the defendants intend the Court to notice. *See* Defs.' Mot to Dismiss at 31. If defendants had provided the document in question, AAPS and this Court then could consider a substantive position on whether the document qualifies for judicial notice.

4.  Had defendants included a proposed order specifying precisely what facts the defendants consider noticeable from the documents in question, AAPS and this Court then could consider a substantive position on whether the documents qualify for judicial notice of the requested facts.

For the foregoing reasons, plaintiff respectfully requests that the Court deny the defendants' suggestion for judicial notice. A proposed order is attached.

Dated: August 18, 2006                Respectfully submitted,

    /signed/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

2121 K Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Association of American Physicians and Surgeons, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-0319-ESH |

## [Proposed] Order

On considering defendants' suggestion that the Court take judicial notice of certain documents from their website, the briefs in support and opposition thereto, the Court denies the suggestion for judicial notice for failure to comply with local rules for making a motion. For the foregoing reasons, it is hereby

**ORDERED** that defendants' suggestion for judicial notice is denied.

Dated: _____, 2006

_____
**UNITED STATES DISTRICT JUDGE**

**Copy to:**
LAWRENCE J. JOSEPH
2121 K Street, NW, Suite 800
Washington, DC 20037
*Counsel for Plaintiff*

SCOTT Y. BRESSLER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7300
Washington, D.C. 20530
*Counsel for Defendants*