UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATED OF AMERICAN PHYSICIANS AND SURGEONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0319 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Judgment on the Pleadings [#9] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's Motion for Partial Summary Judgment [#11] is **DENIED**; and it is

**FURTHER ORDERED** that the above-captioned complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                   s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date:  October 6, 2006