UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSCIANS & SURGEONS, INC., <br>     Plaintiff, <br> v. <br> DEP'T OF HEALTH & HUMAN SERVICES, *et al.,* <br>     Defendants. | ) ) ) ) ) ) ) ) )    Civil Action No. 06-0319-ESH |

**NOTICE OF FUTURE FILING UNDER RULES 15 AND 60**

In response to this Court's decision and order dated October 6, 2006, plaintiff Association of American Physicians and Surgeons, Inc. ("AAPS") intends to file a motion under Rules 15 and 60 to revise the pleadings and to reconsider the dismissal of Counts II and III. AAPS continues to analyze the Court's decision and may seek reconsideration of other aspects of the decision and order. AAPS intends to file its motions within the next month.

Dated: October 24, 2006               Respectfully submitted,

                                                      /signed/ Lawrence J. Joseph
                                        Lawrence J. Joseph, D.C. Bar No. 464777

                                        2121 K Street, NW, Suite 800
                                        Washington, DC 20037
                                        Telephone: (202) 669-5135
                                        Telecopier: (202) 318-2254

                                        *Counsel for Association of American*
                                        *Physicians and Surgeons, Inc.*